**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| James W Buggy, Jr. | : | Chapter 13 |
| | : | Case No. 26-11075-AMC |
| Debtor | : | |

# O R D E R

AND NOW, upon consideration of the Motion for Relief from Stay filed by VAK CAPITAL TRUST I and any responses and exhibits thereto, and after notice and an opportunity to be heard, it is hereby:

ORDERED that the Motion for Relief from Stay is DENIED.

BY THE COURT:

Date: November 19, 2026

______________________________
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE